IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-94-D

| | |
|---|---|
| RIFTON CAVENAUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

The Plaintiff has requested a fee under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $ 3,719.73 and costs in the amount of $ 81.

The Commissioner has no objection to an award in this amount. The Court hereby awards to the Plaintiff an EAJA fee of $ 3,719.73 and costs in the amount of $ 81.

These EAJA fees are payable to the Plaintiff as the prevailing party, and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the Federal government. If, subsequent to entry of this Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney fees to offset, the Commissioner may honor Plaintiff's signed assignment of EAJA fees to his counsel.

This is a final judgment. The Clerk of Court shall enter judgment in accordance with Rules 58 and 79 of the Federal Rules of Civil Procedure and is directed to close the case.

It is so ORDERED this 6 day of November, 2014.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE