UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHER DIVISION


RIFTON S. CAVENAUGH,                          )
        Plaintiff,                          )
                               )      **JUDGMENT IN A CIVIL CASE**
    v.                          )      **CASE NO. 7:14-CV-94-D**
                               )
CAROLYN W. COLVIN, Acting Commissioner of     )
Social Security,                              )
        Defendant.                          )

**Decision by Court.**


This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the The Court hereby awards to the Plaintiff an EAJA fee of  $3,719.73 and costs in the amount of $81.

**This Judgment Filed and Entered on November 6, 2014, and Copies To:**


Kathleen S. Glancy (via CM/ECF Notice of Electronic Filing)
Robert K. Crowe (via CM/ECF Notice of Electronic Filing)


DATE                              JULIE A. RICHARDS, CLERK
November 6, 2014                     /s/ Susan K. Edwards
                                    (By) Susan K. Edwards, Deputy Clerk